FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STEVEN JACOB B.,

                              Plaintiff,

    v.

ACTING COMMISSIONER OF
SOCIAL SECURITY,

                              Defendant.

NO:  2:24-CV-0326-TOR

ORDER GRANTING STIPULATED
MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand.  ECF

No. 13.  The parties have agreed that this case should be reversed and remanded

for further administrative proceedings pursuant to sentence four of 42 U.S.C.

§ 405(g).

**IT IS HEREBY ORDERED:**

    1.  The Parties' Stipulated Motion for Remand, ECF No. 13, is **GRANTED**.

        This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42

        U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2.  Upon remand, the Administrative Law Judge will be directed to offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process, including reevaluating the evidence of record per Social Security Ruling 13-2p; and issue a new decision.

3.  Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4.  All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** March 24, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2